Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Barney Kluemann, appellee, v. Edmund A. Mohan, appellant. Gen. No. 24,773.**

Action to recover balance due for services as carpenter. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed upon remittitur, otherwise reversed and remanded. Opinion filed October 10, 1919.

I. T. Greenacre and Alice Greenacre, for appellant. Dorothy Brody and Jacob Brisgall, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.